UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE WILLIAM MAHAN,

Plaintiff,

v.

ADVANCE CORRECTIONAL
HEALTHCARE, *et al.*,

Defendants.

Case No. 25-cv-12453
Honorable Terrence G. Berg
Magistrate Judge Elizabeth A. Stafford

## ORDER DENYING PLAINTIFF'S MOTION TO SERVE DEFENDANTS WITH "LOST" DOCUMENTS (ECF NO. 23)

Plaintiff Tyrone William Mahan, a prisoner proceeding pro se, brings this action under 42 U.S.C. § 1983 against 12 defendants for alleged constitutional and statutory violations arising from his confinement at the Genesee County Jail.  ECF No. 1.  The Honorable Terrence G. Berg referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 7.

Mahan moves under Federal Rule of Civil Procedure 5 for the Court to file certain "lost, damaged, or misplaced" documents—namely, the "original complaint"—and to serve them on defendants.  ECF No. 23.  The

motion contains portions of a complaint and medical records. It is unclear what relief Mahan seeks. If he seeks service of the complaint, the Court has already ordered the U.S. Marshals Service to use reasonable efforts to serve the complaint on unserved defendants. ECF No. 22. The results of that search remain pending. If Mahan seeks to add allegations to his complaint, he must move to amend under Rule 15. Because the requested relief is either unavailable or has already been provided, the Court **DENIES** Mahan's motion.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 3, 2026

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 3, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager